**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GINO ROMANO,

      Plaintiff,

v.                                                                          CASE NO. 6:12-CV-830-Orl-36TBS

GEORGE ZIMMERMAN and
TRAYVON MARTIN,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on June 11, 2012 (Doc. 3). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff Gino Romano's ("Plaintiff") Motion for leave to proceed in *forma pauperis* (Doc. 2) be denied and Plaintiff's Complaint (Doc. 1) be dismissed for lack of subject matter jurisdiction and as frivolous. *See* Doc. 3. Neither party has objected to the Report and Recommendation and the time to do so has expired.

      The Court is in agreement with the Magistrate Judge that Plaintiff's Complaint fails to allege a sufficient basis for the exercise of this Court's subject matter jurisdiction and that the allegations set forth in the Complaint are "clearly baseless," "fantastic" and/or "delusional." *See* Doc. 3, p. 6 (quoting *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992)). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Gino Romano's Motion for leave to proceed in *forma pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction and because it is frivolous.

4. The clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Orlando, Florida on August 24, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD